**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: John Michael Arndt<br>         <u>Debtor</u> | CHAPTER 13<br><br>BKY. NO. 18-20822 TPA |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

     Kindly enter my appearance on behalf of Specialized Loan Servicing LLC as servicer for Deutsche Bank National Trust Company, as Trustee for Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series 2006-HE5 and index same on the master mailing list.

                                   Respectfully submitted,

                                   **/s/ James C. Warmbrodt, Esquire**
                                   James C. Warmbrodt, Esquire
                                   jwarmbrodt@kmllawgroup.com
                                   Attorney I.D. No. 42524
                                   KML Law Group, P.C.
                                   701 Market Street, Suite 5000
                                   Philadelphia, PA 19106
                                   Phone: (215)-627-1322
                                   Attorney for Movant/Applicant