MINUTES OF CHAPTER 13 § 341 (a) MEETING OF CREDITORS
AND SETTLEMENT CONFERENCE ON PLAN CONFIRMATIONS

Case Name: __Arndt_____ JAD/TPA/CMB/GLT

Case Number: __18-20822__

Date of Meeting: __5 / 7 / 18__                Recording # __6__
Debtor(s) present __✓__ or Not Present ___ (__✓__ No Payments Made or ___ partial payments)
Attorney for debtor(s) __Geisler_____ (Present __✓__ or Not Present ___)
Date of Plan at § 341: __3-29-18__    Applicable commitment period __✓__ 3 yrs ___ 5 yrs

no tax returns either not required to file or will provide at concil.

may do wage attachment otherwise pay directly also exploring loss mit.

note Americredit (Cl #3) has zero balance

_____ Meeting HELD and CONCLUDED
__✓__ Meeting HELD but CONTINUED (not closed)
_____ Meeting NOT HELD                    _____ Order to Show Cause Requested
                                          _____ To be rescheduled by Clerk

_____ Confirmation Order recommended _____ Final _____ Interim
_____ Amended Plan due:_____; Objections due:_____

_____ Trustee recommends dismissal of the case (Debtor consents)
_____ Trustee recommends dismissal of the case (Debtor does not consent)*
_____ Trustee recommends dismissal of the case (Debtor has no defense)
_____ Debtor requests dismissal of the case. Motion to be filed by the Debtor within 10 days
__✓__ Continued to:
     _____ 341 Meeting  OR  __✓__ Conciliation Conf. OR ___ *Contested Hearing
     On __Sept 13, 2018__ at __10:00__ am/pm Location _____

FILED 2018 MAY 10 P 1:59 CLERK U.S. BANKRUPTCY COURT PITTSBURGH

__Kate DeSimone__
Chapter 13 Trustee/Attorney for Trustee