UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-20822-TPA-13

John Michael Arndt  Chapter 13

    Debtor(s)

## REQUEST FOR NOTICE

    Pursuant to Rule 2002(g), Americredit Financial Services, Inc. dba GM Financial hereby requests that all notices, pleadings and other documents in this case be served upon it at the following address:

    Americredit Financial Services, Inc. dba GM Financial
    PO Box 183853
    Arlington, TX  76096

By   /s/  Mandy Youngblood

    Mandy Youngblood
    PO Box 183853
    Arlington, TX  76096
    877-203-5538
    877-259-6417
    Customer.service.bk@gmfinancial.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

In re:  Bankr. Case No. 18-20822-TPA-13

John Michael Arndt  Chapter 13

    Debtor(s)

**Certificate of Service**

This Request for Notice was served electronically on the following individuals on May 30, 2018 :

Michael S. Geisler
201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235

Ronda Winnecour
600 Grant Street
Suite 3250 USX Tower
Pittsburgh, PA 15219

By  /s/ Mandy Youngblood
      Mandy Youngblood

xxxxx68582 / 951010