IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:                                              :
                                                    :    Case No.: **18-20822-TPA**
**JOHN MICHAEL ARNDT,**                             :    Judge Thomas P. Agresti
SSN: XXX-XX-0349                                    :
                                                    :    Chapter 13
           *Debtor,*                                :    Doc. No.    48
======================================              :
                                                    :
**JOHN MICHAEL ARNDT**                              :
           *Movant*,                                :
                                                    :
        vs.                                         :
                                                    :
**SEVEN Z ENTERPRISES, INC.**                       :
**d/b/a BRIDGEVILLE GIANT EAGLE,**                  :
                                                    :
           *Respondent,*                            :

FILED
8/16/18 9:50 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### ORDER TO PAY TRUSTEE PURSUANT TO WAGE ATTACHMENT

The above-named Debtor, JOHN MICHAEL ARNDT, having filed a Chapter 13 petition and Debtor, JOHN MICHAEL ARNDT, having moved to attach wages to fund the Chapter 13 plan.

IT IS, THEREFORE, ORDERED that until further order of this Court, the entity from which the Debtor, JOHN MICHAEL ARNDT, receives income:

> SEVEN Z ENTERPRISES, INC.
> d/b/a BRIDGEVILLE GIANT EAGLE
> Attn: Payroll Manager
> 1025 Washington Pike, Route 50
> Bridgeville, PA 15017

shall deduct from said income the sum of $161.54 WEEKLY beginning on the next pay day following receipt of this Order and deduct a similar amount each pay period thereafter, including any period for which the Debtor, JOHN MICHAEL ARNDT, receives a periodic or lump sum payment as a result of a vacation, termination, or other benefits arising out of present or past employment, or from any other benefits payable to the Debtor, JOHN MICHAEL ARNDT, and to remit the deductible sums ON AT LEAST A MONTHLY BASIS to:

> RONDA J. WINNECOUR, TRUSTEE
> CHAPTER 13 TRUSTEE, W.D. PA.
> P.O. Box 84051
> Chicago IL 60689-4002

IT IS FURTHER ORDERED that the above-named entity shall notify the Trustee if the Debtor JOHN MICHAEL ARNDT's income is terminated and the reason therefor.

IT IS FURTHER ORDERED that all remaining income of the Debtor, JOHN MICHAEL ARNDT, except the amounts required to be withheld for taxes, social security, insurance, pension, or union dues be paid to the Debtor, JOHN MICHAEL ARNDT, in accordance with usual payment procedures.

IT IS FURTHER ORDERED THAT NO OTHER DEDUCTIONS FOR GARNISHMENT, WAGE ASSIGNMENT, CREDIT UNION OR OTHER PURPOSE SHALL BE MADE FROM THE INCOME OF DEBTOR, JOHN MICHAEL ARNDT, WITH THE SOLE EXCEPTION OF ANY SUPPORT PAYMENTS.

IT IS FURTHER ORDERED that this order supersedes previous orders made to the above-named entity in this case.

IT IS FURTHER ORDERED that the above-named entity shall not charge any fee to the Debtor for the administration of this attachment order, except as may be allowed upon application to and order of this Court.

Dated this ___16th___ day of _____August  2018_____


BY THE COURT:

_____
UNITED STATES BANKRUPTCY JUDGE

cc:    Debtor
       Office of the Standing Chapter 13 Trustee


IT IS FURTHER ORDERED that the debtor(s) shall remain responsible for timely making all monthly plan payments to the Chapter 13 Trustee, either in whole or in part, until such time as the automatic paycheck withdrawals by the employer or other automatic attachments such as automatic bank transfers or welfare checks begin. The first Plan payment is due within thirty (30) days after the Chapter 13 Plan has been filed. Any failure to timely remit full Plan payments to the Trustee may result in the dismissal of the case after notice and hearing. Employers and others who fail to withhold funds and pay them over to the Trustee as ordered herein may be subject to sanctions including damages to debtor and this estate.

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                  Case No. 18-20822-TPA
John Michael Arndt                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam              Page 1 of 1               Date Rcvd: Aug 16, 2018
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 18, 2018.
db             +John Michael Arndt,    3008 Norland Ave.,    Carnegie, PA 15106-1133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 18, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 16, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, ET AL bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
              Michael S. Geisler    on behalf of Debtor John Michael Arndt m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7