IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| | : | Case No.: **18-20822-TPA** |
| **JOHN MICHAEL ARNDT,** | : | Judge Thomas P. Agresti |
| SSN: XXX-XX-0349 | : | |
| *Debtor*, | : | Chapter 13 |
| ================================== | : | |
| **JOHN MICHAEL ARNDT** | : | Related to Doc. No. 49 |
| *Movant*, | : | |
| vs. | : | |
| **SEVEN Z ENTERPRISES, INC.** | : | |
| **d/b/a BRIDGEVILLE GIANT EAGLE,** | : | |
| | : | |
| *Respondent*, | : | |

## CERTIFICATE OF SERVICE
## OF ORDER TO PAY TRUSTEE DATED 8/16/2018

     I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtors, hereby certify that I have served a true and correct copy of the *Order to Pay Trustee dated 8/16/2018 along with the Notification of Debtor's Social Security Number*, upon the following by U.S. First Class Mail, postage prepaid:

SEVEN Z ENTERPRISES, INC.
d/b/a BRIDGEVILLE GIANT EAGLE
Attn: Payroll Manager
1025 Washington Pike, Route 50
Bridgeville, PA 15017

DATED: 8/20/2018

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtors

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-Mail: m.s.geisler@att.net