IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **JOHN MICHAEL ARNDT** | : | Bankruptcy No. **18-20822-TPA** |
| | : | |
| *Debtor,* | : | Related to Doc. No. 50 |
| ================================= | : | |
| **JOHN MICHAEL ARNDT** | : | Hearing Date and Time: |
| | : | |
| *Movant*, | : | |
| vs. | : | |
| **SPECIALIZED LOAN SERVICING, LLC.** | : | |
| *Respondent* | : | |

# CERTIFICATE OF SERVICE
# OF TRIAL MODIFICATION ORDER DATED 8/16/2018

    I, MICHAEL S. GEISLER, ESQUIRE, Attorney for the Debtors, hereby certify that I have served a true and correct copy of the *Trial Modification Order Dated 8/16/2018*, upon the Chapter 13 Trustee at LMP@chapter13trusteewdpa.com by e-mail.


DATED: 8/20/2018

/s/ Michael S. Geisler
_____
**MICHAEL S. GEISLER, ESQUIRE**
Pa. I.D. No. 39414
Attorney for Debtor

201 Penn Center Blvd., Suite 524
Pittsburgh, PA 15235
Tele: (412) 613-2133
E-Mail: m.s.geisler@att.net