FILED
9/6/18 11:49 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

IN RE:

| | | |
|---|---|---|
| JOHN ARNDT | : | Case No. 18-20822-TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| JOHN ARNDT | : | Related to Doc Nos. 38, 42 & 55 |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| SPECIALIZED LOAN SERVICING LLC | : | Hearing: September 19, 2018 at 11:00 a.m. |
| *Respondent(s)* | : | |

## **ORDER**

On September 4, 2018, Counsel for Debtor filed a *Loss Mitigation Status Report* at Document No. 62 ("Motion") stating that the Debtors are behind on adequate protection payments; Therefore,

*AND NOW*, this **6th** day of ***September, 2018,*** it is hereby **ORDERED, ADJUDGED and DECREED** that*:*

(1)    A Status Conference on compliance with the pending Loss Mitigation Order, dated July 3, 2018, is scheduled on ***September 19, 2018 at 11:00 A.M.*** in the Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA.  ***Debtor shall personally appear.***

(2)    The Court requires Counsel appearing for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, to have full and complete knowledge of the file and status of the case so that Counsel is capable of answering any/all of the

Court's questions regarding the status of the pending LMP application. Debtor(s) shall upload a copy of this Order on the Portal.

(3) The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent and file a certificate of service within five (5) days.

_____
Thomas P. Agresti, Judge      ljm
United States Bankruptcy Court

Case administrator to serve:
    Debtor(s)
    Counsel for Debtor(s)
    Ronda Winnecour, Esq., Ch. 13 Trustee

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 18-20822-TPA
John Michael Arndt                                                                              Chapter 13
          Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: dkam               Page 1 of 1              Date Rcvd: Sep 06, 2018
                              Form ID: pdf900          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 08, 2018.
db             +John Michael Arndt,    3008 Norland Ave.,    Carnegie, PA 15106-1133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                 TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                 TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 08, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 6, 2018 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, ET AL bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com
              Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com
              Michael S. Geisler    on behalf of Debtor John Michael Arndt m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 7