FILED
9/7/18 10:26 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| | : | |
| **JOHN MICHAEL ARNDT** | : | Bankruptcy No. **18-20822-TPA** |
| | : | |
| *Debtor,* | : | Related to Doc. No.   57 |
| ================================= | : | |
| **JOHN MICHAEL ARNDT** | : | Hearing Date and Time: |
| | : | |
| *Movant,* | : | |
| vs. | : | |
| **SPECIALIZED LOAN SERVICING, LLC.** | : | |
| *Respondent* | : | |

## ORDER OF COURT

AND NOW, this __7th__ day of __September__, 20__18__, upon consideration of the within Motion, it is hereby ORDERED, ADJUDGED and DECREED, that the Court shall require MICHAEL S. GEISLER, ESQUIRE and Debtor JOHN MICHAEL ARNDT to appear at Courtroom C, 54th Floor, 600 Grant Street, Pittsburgh, PA 15219 on September 6 at 11:00 AM., along with the Debtor.

_____ J.

ljm

United States Bankruptcy Court
Western District of Pennsylvania

In re:  
John Michael Arndt  
    Debtor

Case No. 18-20822-TPA  
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0315-2    User: dkam    Page 1 of 1    Date Rcvd: Sep 07, 2018  
                Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 09, 2018.  
db           +John Michael Arndt,    3008 Norland Ave.,    Carnegie, PA 15106-1133

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 09, 2018                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 7, 2018 at the address(es) listed below:  
         James Warmbrodt    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee, ET AL bkgroup@kmllawgroup.com  
         Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com, cnoroski@grblaw.com  
         Keri P. Ebeck    on behalf of Creditor    Duquesne Light Company kebeck@bernsteinlaw.com, DMcKay@bernsteinlaw.com  
         Michael S. Geisler    on behalf of Debtor John Michael Arndt m.s.geisler@att.net, msgeis@yahoo.com;michaelgeisler13@gmail.com  
         Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov  
         Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com  
         S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com, Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com  
                                                                                                                 TOTAL: 7