FILED
9/21/18 11:07 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | | |
|---|---|---|---|
| In re: | : | Case No.: | 18-20822-TPA |
| John Michael Arndt | : | Chapter: | 13 |
| *Debtor(s)*. | : | Date: | 9/19/2018 |
| | : | Time: | 11:00 |

## PROCEEDING MEMO

**MATTER:**   #42 Status Conf. on pending LMP Order
              (Debtor to personally appear)

**APPEARANCES:**

| | |
|---|---|
| Debtor: | Michael S. Geisler + Debtor |
| Trustee: | Jana Pail |
| Specialized Loan Svg: | James Warmbrodt |

**NOTES:**

Geisler: Payments are now through wage attachments and should be remitting.

Debtor: Payments are automatically being taken out of my paychecks.

Warmbrodt: Nothing to add.

Pail: Conciliation on Plan. 10/18/18 at 11am w/ Trustee

**OUTCOME:** No further order needed.

ljm