Case 18-20822-TPA    Doc 65    Filed 09/21/18    Entered 09/21/18 16:45:23    Desc Main
Document    Page 1 of 1

FILED
9/21/18 11:29 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-20822-TPA |
| John Michael Arndt | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 9/19/2018 |
| | : | Time: 11:00 |

## PROCEEDING MEMO

*MATTER:*  #24 Contested Plan dated 3/29/2018

*APPEARANCES:*
    Debtor:    Michael S. Geisler
    Trustee:   Ronda J. Winnecour

*NOTES:*

*OUTCOME:*  Continued to Conciliation w/ Tee on 10/18/18 at 11am

*[signature]*
ljm