FILED
12/17/18 4:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | | |
| KEVIN JANDA<br>VIKI JO JANDA | : | Case No. 18-20822-TPA |
| *Debtor* | : | Chapter 13 |
| | : | |
| KEVIN JANDA<br>VIKI JO JANDA | : | Related to Doc Nos. 32, 38, 60 & 61 |
| *Movant* | : | |
| | : | |
| v. | : | |
| | : | |
| RUSHMORE LOAN MANAGEMENT SERVICES | : | Hearing: January 3, 2019 at 11:00 a.m. |
| *Respondent(s)* | : | |

## ORDER

On December 5, 2018, Counsel for Debtor filed a ***Motion to Extend LMP*** at Document No. 60 ("Motion") and at Doc No. 61, a ***Response*** was filed by U.S. Bank National Association not in its individual capacity but solely as trustee for the RMAC Trust, Series 2016-CTT; Therefore,

*AND NOW*, this *17th* day of *December, 2018,* it is hereby ***ORDERED, ADJUDGED and DECREED*** that*:*

(1)    A Status Conference on compliance with the pending Loss Mitigation Order dated July 20, 2018, is scheduled on ***January 3, 2019 at 11:00 A.M.*** in Courtroom C, 54th Fl. U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA.  Debtor shall personally appear.

(2)    The Court requires Counsel appearing for the Respondent/Creditor, or in addition to Counsel anyone else appearing on Respondent's behalf, to have full and complete

knowledge of the file and status of the case so that Counsel is capable of answering any/all of the Court's questions regarding the status of the pending LMP application. Debtor(s) shall upload a copy of this Order on the Portal.

   (3) The Movant shall immediately serve a copy of this *Order* on the Respondent and Counsel for the Respondent and file a certificate of service within five (5) days.

              _____
               Thomas P. Agresti, Judge  ljm
               United States Bankruptcy Court

Case administrator to serve:
 Debtor(s)
 Counsel for Debtor(s)
 Ronda Winnecour, Esq., Ch. 13 Trustee