IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| JOHN MICHAEL ARNDT, ) | |
| **Debtor(s)** ) | Bankruptcy No. 18-20822-TPA |
| ) | |
| AMERICREDIT FINANCIAL SERVICES, INC. ) dba GM FINANCIAL, ) | Chapter 13 |
| **Movant** ) | Related To Document No. 99 and 100 |
| ) | |
| v. ) | |
| ) | **Response Deadline:  8/1/19** |
| JOHN MICHAEL ARNDT ) TERESA A. ARNDT, ) | **Hearing Date:   8/28/19 at 10:00 AM** |
| **Respondent(s)** ) | |
| ) | |
| RONDA J. WINNECOUR, ) | |
| **Trustee** ) | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Morton & Craig LLC, 110 Marter Avenue, Moorestown, NJ 08057, certify that I am more than 18 years of age and that on July 15, 2019 I served by United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay And Co-Debtor Relief filed in this proceeding on:

| | | |
|---|---|---|
| John Michael Arndt | Teresa A. Arndt | Michael S. Geisler |
| 3008 Norland Ave. | 3008 Norland Ave. | 201 Penn Center Blvd. |
| Carnegie, PA 15106 | Carnegie, PA 15106 | Suite 524 |
| (Debtor) | (Co-Debtor) | Pittsburgh, PA 15235 |
| | | (Attorney For Debtor) |

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Morton & Craig LLC
110 Marter Avenue, Suite 301
Moorestown, NJ 08057
bcraig@mortoncraig.com
(856) 866-0100