FILED
10/24/19 3:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Case No.: 18-20822-TPA |
| John Michael Arndt | : | Chapter: 13 |
| *Debtor(s).* | : | Date: 10/23/2019 |
| | : | Time: 12:00 |

## PROCEEDING MEMO

**MATTER:**   # 96 Contested Plan Dated 5/12/2019

**APPEARANCES:**
   Debtor:   Michael S. Geisler
   Trustee:   Kate DiSimone

**NOTES:**

DiSimone:   Unfiled 2017 tax return.

Geisler:   I have the 2017 and 2018 tax returns.

**OUTCOME:**   Continued to conciliation on 11/21/19 at 3pm

ljm