**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>JOHN MICHAEL ARNDT<br><br>Debtor(s)<br><br>Ronda J. Winnecour<br>Movant<br>vs.<br>No Respondents. | Case No.:18-20822 GLT<br><br>Document No.: |

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

   1.  The case was filed on 03/05/2018  and confirmed on 10/24/2018 .  The case was subsequently (B)DISMISSED AFTER CONFIRMATION FUNDS TO DEBTOR

   2. The Trustee made the following disbursements.

| | | | |
|---|---|---|---|
| Total Receipts | | | 37,785.66 |
| Less Refunds to Debtor | | 2,261.56 | |
| TOTAL AMOUNT OF PLAN FUND | | | 35,524.10 |
| | | | |
| Administrative Fees | | | |
| Filing Fee | | 0.00 | |
| Notice Fee | | 0.00 | |
| Attorney Fee | | 2,739.87 | |
| Trustee Fee | | 1,612.11 | |
| Court Ordered Automotive Insurance | | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | | 4,351.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Secured | | | | |
| SPECIALIZED LOAN SERVICING LLC*<br>Acct: 2351 | 0.00 | 0.00 | 0.00 | 0.00 |
| SPECIALIZED LOAN SERVICING LLC*<br>Acct: 2351 | 2,355.77 | 2,355.77 | 0.00 | 2,355.77 |
| DEUTSCHE BANK NATIONAL TRUST CO -<br>Acct: 2351 | 0.00 | 28,506.35 | 0.00 | 28,506.35 |
| SPECIALIZED LOAN SERVICING LLC*<br>Acct: 2351 | 0.00 | 0.00 | 0.00 | 0.00 |
| PITTSBURGH WATER & SEWER AUTHORI<br>Acct: 7R41 | 302.63 | 0.00 | 0.00 | 0.00 |
| AMERICREDIT FINANCIAL SVCS INC DBA<br>Acct: 8582 | 0.00 | 0.00 | 0.00 | 0.00 |
| | | | | 30,862.12 |
| Priority | | | | |
| MICHAEL S GEISLER ESQ<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| JOHN MICHAEL ARNDT<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Priority** | | | | |
| JOHN MICHAEL ARNDT | 161.54 | 161.54 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN MICHAEL ARNDT | 161.54 | 161.54 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN MICHAEL ARNDT | 807.70 | 807.70 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN MICHAEL ARNDT | 484.62 | 484.62 | 0.00 | 0.00 |
| Acct: | | | | |
| JOHN MICHAEL ARNDT | 646.16 | 646.16 | 0.00 | 0.00 |
| Acct: | | | | |
| MICHAEL S GEISLER ESQ | 2,800.00 | 2,739.87 | 0.00 | 0.00 |
| Acct: | | | | |
| CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
| Acct: XXXXXXX2TPA | | | | |
| | | | | 310.00 |
| **Unsecured** | | | | |
| AMERICREDIT FINANCIAL SVCS INC DBA | 1,605.77 | 0.00 | 0.00 | 0.00 |
| Acct: 8582 | | | | |
| AMERIMARK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COLLECTION SERVICE CENTER INC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| COMCAST++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| CREDIT ONE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| DUQUESNE LIGHT COMPANY(*) | 2,397.95 | 0.00 | 0.00 | 0.00 |
| Acct: 9806 | | | | |
| FINGERHUT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GMAC FINANCIAL NOW ALLY FINANCIAL** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MASSEYS++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA AMERICAN WATER(*) AKA AMERICAN W | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PA DEPARTMENT OF REVENUE* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS COMPANY LLC** | 2,163.86 | 0.00 | 0.00 | 0.00 |
| Acct: 5223 | | | | |
| RECOVERY MANAGEMENT SYSTEMS CO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| GRB LAW** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SEVENTH AVENUE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SHOP NOW PAY PLAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| STONEBERRY | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ECMC(*) | 46,639.60 | 0.00 | 0.00 | 0.00 |
| Acct: 0349 | | | | |

| 18-20822 GLT | **TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS** | | | | Page 3 of 3 |
|---|---|---|---|---|---|
| Creditor Type   Creditor Name | | Claim Amount | Prin Paid | Int Paid | Total Paid |
| Unsecured | | | | | |
|   BERNSTEIN BURKLEY PC | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |
|   PEOPLES NATURAL GAS CO LLC* | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |
|   BRIAN C NICHOLAS ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |
|   WILLIAM E CRAIG ESQ | | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | | |

\*\*\*N O N E\*\*\*

| TOTAL PAID TO CREDITORS | | 31,172.12 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 310.00 | |
| SECURED | 2,658.40 | |
| UNSECURED | 52.807.18 | |

Date: 04/11/2023

/s/ Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com